The Honorable James L. Robart

UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL LAMBERTSON, MICHELLE LAMBERTSON, and their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>FLORIM USA, INC., a Tennessee Corporation,<br><br>Defendant. | NO.  C17-01794-JLR<br><br>JOINT STIPULATION AND [proposed] ORDER EXTENDING DEADLINE FOR JOINING ADDITIONAL PARTIES<br><br>NOTE FOR CONSIDERATION:<br>**March 22, 2018** |

## STIPULATION

Plaintiffs, by and through their counsel, Keith A. Kemper, and Defendant, Florim USA, Inc., by and through its counsel, Shaunta M. Knibb, come before this Court pursuant to Local Rule 10(g), and hereby jointly stipulate and ask for an Order amending the case schedule as follows:

On February 22, 2018, the Court issued a Minute Order Setting Trial Dates and Related Dates. *See* Dkt. No. 11. Pursuant to that Order, the deadline for joining additional parties is March 22, 2018.  However, the case is still a substantial period from trial and the parties are still engaged in the initial rounds of discovery.  Because it is possible that in the course of discovery the parties may find that other entities or parties might bear responsibility, the parties hereby request this Court to delay, for a reasonable period, the deadline for adding parties.

JOINT STIPULATION AND [proposed] ORDER
EXTENDING DEADLINE FOR JOINING
ADDITIONAL PARTIES (C17-01794-JLR) - 1

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565 Fax: 206.625.1052

*1088421 (16082-01)

1    NOW THEREFORE, the parties, through their respective counsel of record, do hereby

2 stipulate and agree, and respectfully request, that the Court make and enter the following order:

3       1.   The deadline for joining additional parties is hereby extended from March 22, 2018

4            until June 1, 2018.

5       2.   All other deadlines in the Court's February 22, 2018 Minute Order shall remain the

6            same.

7    SO STIPULATED.

8    DATED this 22nd day of March, 2018.

9

10   ELLIS, LI & McKINSTRY PLLC

11   By:    s/ Keith A. Kemper
            Keith A. Kemper, WSBA No. 19438
12          kkemper@elmlaw.com
            Peter B. Dolan, WSBA No. 48144
13          pdolan@elmlaw.com
            2025 First Ave, PH A
14          Seattle, Washington 98121
            Tel: (206) 682-0565
15          Attorneys for Plaintiffs

16

17   SO STIPULATED.

18   DATED this 22nd day of March, 2018.

19   SMYTH & MASON, PLLC

20   By:    s/ Shaunta M. Knibb
            Shaunta M. Knibb, WSBA No. 27688
21          shaunta@smythlaw.com
            Jeff Smyth, WSBA No. 6291
22          jeff@smythlaw.com
            701 Fifth Avenue, Suite 7100
23          Seattle, WA 98104
            Tel: (206) 621-7100
24          Attorneys for Defendant

25

26

27

JOINT STIPULATION AND [proposed] ORDER
EXTENDING DEADLINE FOR JOINING
ADDITIONAL PARTIES (C17-01794-JLR) - 2

*1088421 (16082-01)

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565 Fax: 206.625.1052

1

## ORDER

2       IT IS SO ORDERED.

3           DATED this 22ND day of March, 2018.

4

5       _____

6       HONORABLE JAMES L. ROBART
        United States District Judge

7

Presented by:

8

9   *s/ Keith A. Kemper*
    KEITH A. KEMPER
10  PETER B. DOLAN
    *Attorneys for Plaintiffs*
11

12

13  *s/ Shaunta M. Knibb*
    SHAUNTA M. KNIBB
    JEFF SMYTH
14  *Attorneys for Defendant*

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT STIPULATION AND [proposed] ORDER
EXTENDING DEADLINE FOR JOINING
ADDITIONAL PARTIES (C17-01794-JLR) - 3

*1088421 (16082-01)

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565 Fax: 206.625.1052