The Honorable James L. Robart

UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL LAMBERTSON, MICHELLE LAMBERTSON, and their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>FLORIM USA, INC., a Tennessee Corporation,<br><br>Defendant. | NO. C17-01794-JLR<br><br>JOINT STIPULATION AND [proposed] ORDER OF DISMISSAL<br><br>NOTE FOR CONSIDERATION:<br>May 31, 2018 |

COMES NOW Plaintiffs, by and through their counsel, Keith A. Kemper, and the Defendant, Florim USA, Inc., by and through its counsel, Shaunta M. Knibb, pursuant to Local Rule 10(g), and hereby jointly stipulate and agree as follows:

WHEREAS the parties have reached an agreement to settle this matter.

WHEREAS there are no issues remaining for the Court's determination.

WHEREAS the parties agree that this action and all claims asserted herein should be dismissed with prejudice and without costs to any party.

JOINT STIPULATION AND ORDER OF
DISMISSAL (C17-01794-JLR) - 1

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565 Fax: 206.625.1052

*1105673 (16082-01)

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

This action and all claims asserted herein shall be DISMISSED with prejudice and without costs to any party.

SO STIPULATED.

DATED this 31st day of May, 2018.

ELLIS, LI & McKINSTRY PLLC

By: *s/ Keith Kemper*
Keith A. Kemper, WSBA No. 19438
kkemper@elmlaw.com
Peter B. Dolan, WSBA No. 48144
pdolan@elmlaw.com
2025 First Ave, PH A
Seattle, Washington 98121
Tel: (206) 682-0565
*Attorneys for Plaintiffs*

SO STIPULATED.

DATED this 31st day of May, 2018.

SMYTH & MASON, PLLC

By: *s/ Shaunta M. Knibb*
Shaunta M. Knibb, WSBA No. 27688
shaunta@smythlaw.com
Jeff Smyth, WSBA No. 6291
jeff@smythlaw.com
701 Fifth Avenue, Suite 7100
Seattle, WA 98104
Tel: (206) 621-7100
*Attorneys for Defendant*

JOINT STIPULATION AND ORDER OF DISMISSAL (C17-01794-JLR) - 2

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565 Fax: 206.625.1052

*1105673 (16082-01)

## ORDER

IT IS SO ORDERED.

DATED this 1st day of June, 2018.

_____
HONORABLE JAMES L. ROBART
United States District Judge

JOINT STIPULATION AND ORDER OF
DISMISSAL (C17-01794-JLR) - 3

Ellis | Li | McKinstry
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206.682.0565 Fax: 206.625.1052

*1105673 (16082-01)